AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| United States of America<br>v.<br>Allen Cordova<br><br>*Defendant* | )<br>)  Case No.  20-CR-40-SWS-1<br>)<br>)<br>)<br>) |

*FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 2021 MAY 11 PM 1:27 MARGARET BOTKINS, CLERK CHEYENNE*

*MAR 18 2020 Margaret Botkins, Clerk Cheyenne*

*RECEIVED U.S. MARSHALS SERVICE CHEYENNE, WY 2020 MAR 24 PM 4:43*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Allen Cordova
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: 18 U.S.C § 2252A(a)(5)(B), (b)(2) (Possession of Child Pornography)
Ct 2-5: 18 U.S.C. § 2252A(a)(2)(A), (b)(1) (Distribution of Child Pornography)

Date:  03/18/2020

/s/ Scott W. Skavdahl
*Issuing officer's signature*

By: [signature] Deputy Clerk
Margaret Botkins, Clerk

City and state:  Casper, Wyoming
Scott W. Skavdahl, Chief United States District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  3-24-2020 , and the person was arrested on *(date)*  5-11-2021
at *(city and state)*  Wheatland, WY .

Date:  5-11-2021

[signature]
*Arresting officer's signature*

Jason Gries  SDUSM
*Printed name and title*