**FILED**



1:55 pm, 5/11/21

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

ALLEN CORDOVA

Defendant.

Case Number:   20-cr-40-SWS

Date 5/11/2021    Time 1:32 - 1:49 PM    Before the Honorable    Kelly H. Rankin

☑ Indictment    ☐ Information    ☐ Complaint    ☑ Arraignment    ☐ Rule 5

☑ Initial Appearance    ☑ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: Possession of Child Pornography (1)
Distribution of Child Pornography (2-5)

| MiYon Bowden | Melanie Sonntag | N/A |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Eric J. Heimann | Ross Mueske | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Melanie Gavisk
☑ FPD    ☐ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

**Initial appearance**    Date  5/11/2021

(Comments)  Defendant was advised of his rights and charges.

WY53                                                                                              Rev. 05/04/2021

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for: Date _____ Time _____
Judge _____ in

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

**BOND IS**   ☑ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for: Date _____ Time _____
Judge _____

MAGISTRATE CRIMINAL PROCEEDING SHEET

| | |
|---|---|
| ☐ Obey all laws, Federal, State and Local | ☐ Maintain current residence |
| ☐ Seek/Maintain employment | ☐ Report to Pretrial Services as directed |
| ☐ 3rd party custody of _____ | ☐ Travel restricted to _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess alcohol | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use alcohol to excess | ☐ Avoid all contact with _____ |
| ☐ Submit to drug/alcohol testing | ☐ Post property or sum of money _____ |
| ☐ Do not obtain passport | ☐ Undergo medical/psychiatric treatment/exam |
| ☐ Surrender passport to _____ | ☐ Mandatory DNA collection |

☐ Other _____

☐ Bail review / detention hearing    Date _____

☐ Defendant detained- Reasons _____

MAGISTRATE CRIMINAL PROCEEDING SHEET

## Arraignment

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

## Defendant enters a plea of

☑ Not guilty to count(s)
1, 2, 3, 4, 5   of an   Indictment
☐ Guilty to count(s)
_____   of an   _____

## Not Guilty Plea

☑ Court orders discovery per rule 16 FRCrP
☐ Photocopy of discovery is permissible
☐ Court orders access to Grand Jury Transcripts
Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery
☑ Trial date set for  7/6/2021  at 9:00 AM  Before Honorable   Scott W. Skavdahl
in  Casper, Wyoming (Courtroom 2)
☑ Speedy trial expires on   7/6/2021
☐ Other