IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN CORDOVA,<br><br>Defendant. | Criminal No. 20-CR-40-S |

### ORDER GRANTING JOINT MOTION FOR COMPETENCY HEARING

After due consideration of the United States' Motion for Competency Hearing, the Court hereby GRANTS said motion. A competency hearing is set for November 30, 2022, at 11:30 A.M.

DATED this 16th day of Nov~~October~~, 2022.

SCOTT W. SKAVDAHL
Chief Judge, United States District Court