# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

1:46 pm, 4/17/23

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 20-CR-40-SWS |
| ALLEN CORDOVA | |
| Defendant. | |

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only         ☑ This was a Telephonic Hearing

Date: 04/17/2023    Time: 10:58 - 11:08 a.m.     (Telephonic)

| Scott W. Skavdahl | Kim Blonigen | Megan Strawn | Joseph Quinn |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| Ryan Raimo | | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)   David Weiss

Attorney(s) for Government   Christyne Martens

Other:

The Court learned that Mr. Cordova has remained at Platte County Detention Center despite the Court's November 30, 2022, order directing that Cordova undergo restoration proceedings. The Court heard from USM Raimo who advised the Court that, after looking into the matter, no one at the USMS received the NEF containing the Court's order. The Court incorporated by reference its previous order on evaluation and directed the USMS to transport the defendant to a facility for restoration proceedings as quickly as possible without further delay.